U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2020

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   United States v. Jose Coste, 20 Cr. 362 (LTS)

Dear Judge Swain:

An initial pretrial conference in the above-captioned case is currently scheduled for October 1, 2020 at 9:00 AM. The Government respectfully requests, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), that time be excluded until the date of the pretrial conference so that the Government can begin producing discovery and the defense has the opportunity to review discovery. The defendant consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

The exclusion request is granted, for the above-stated reasons.  DE# 17 resolved.
SO ORDERED.
9/9/2020
/s/ Laura Taylor Swain

by:  /s/ Rebecca T. Dell
Rebecca T. Dell
Assistant United States Attorney
(212) 637-2198

cc:    Katherine Goldstein (ECF)