UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No.  20-CR-462-LTS

JOSE COSTE,

        Defendant.

--------------------------------------------------------x

## ORDER

The initial pretrial conference in this matter is hereby scheduled to take place via teleconference on **Oct. 1, 2020, at 9 a.m**.  To access the call, the participants must dial **888-363-4734**, enter the access code **1527005#**, and the security code **1247#**.  During the call, participants are directed to observe the following rules:

1. Use a landline whenever possible.

2. Use a handset rather than a speakerphone.

3. All callers to the line must identify themselves if asked to do so.

4. Identify yourself each time you speak.

5. <u>Mute</u> when you are not speaking to eliminate background noise.

6. Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media

credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

As requested, defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the conference begins (i.e., at **8:45 a.m.**); defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

SO ORDERED.

Dated: New York, New York
September 24, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge