

**KATHERINE RACHEL GOLDSTEIN**
+1 212.872.8057/fax: +1 212.872.1002
kgoldstein@akingump.com

April 6, 2021

VIA ELECTRONIC COURT FILING

The Honorable Laura Taylor Swain
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Jose Coste*, 20 Cr. 462 (LTS)

Dear Judge Swain:

The parties in the above-captioned matter are currently scheduled to appear for a change of plea hearing at 11:00 a.m. on Wednesday, April 7, 2021. With the consent of the government, counsel for Mr. Coste respectfully requests a one-week adjournment of the hearing. At the government's request, Mr. Coste consents to the exclusion of time under Speedy Trial Act until the next hearing.

Respectfully submitted,

Katherine Goldstein

Katherine Rachel Goldstein

cc:   Rebecca Dell, Assistant U.S. Attorney

The application is granted. The conference is adjourned to April 15, 2021, at 10:00 a.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 15, 2021, outweigh the best interests of the public and the defendants in a speedy trial because of the need for further time for consideration of and advice concerning the potential change of plea. DE# 38 resolved.

SO ORDERED.
Dated: 4/7/2021
/s/ Laura Taylor Swain, USDJ