# United States Pretrial Services
# Southern District of New York
# MEMORANDUM

**To:**     Honorable Laura T. Swain
            United States District Judge

**From:** Rena Bolin
            United States Pretrial Services Officer

**Re:**     Jose Coste
            20 Cr. 462 (LTS)

**Date:** April 9, 2021

The attached memo was prepared by Pretrial Services Officer Rena Bolin (212) 805-4309.

We are respectfully requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]    My chambers will inform all parties concerned that I will conduct a Bail Review Hearing in
         By video conference, concurrently with the scheduled change of plea  hearing
         Courtroom # _____  on  April 15, 2021  at   10:00 a.m.   .
                                            Date                    Time

[ ]     I request that a Bail Review Hearing be conducted by:

           [ ]     The presiding Magistrate Judge in courtroom # 5A.

           [ ]     The District Court Judge presiding in Part I.

           [ ]     Judicial Officer at his/her earliest convenience.

[ ]     I direct that the U.S. Attorney's office prepare a bench warrant for my signature, for violations of conditions of release.

Dated: New York, New York                    SO ORDERED:
            April  13 , 2021

                                                            /s/ Laura Taylor Swain
                                                            Honorable Laura T. Swain
                                                            United States District Judge