UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                No.  20-CR-462-LTS

JOSE COSTE,

       Defendant.

-------------------------------------------------------x

## ORDER

The sentencing hearing in this matter scheduled for 11:00am on July 27, 2021 is rescheduled for 10:00am on August 12, 2021.

      SO ORDERED.

Dated: New York, New York
       June 8, 2021

                                                              __/s/ Laura Taylor Swain_____
                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge